**STATE of Missouri, Respondent,**

v.

**Richard TATE, Appellant.**

**Nos. WD 50477, WD 51920.**

Missouri Court of Appeals,
Western District.

June 4, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 27, 1996.

Application to Transfer Denied
Sept. 17, 1996.

David Simpson, State Public Defender Office, Columbia, for appellant.

Fernando Bermudez, Atty. Gen. Office, Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

Richard Tate appeals from his conviction for robbery in the first degree. Affirmed. Rule 30.25(b).